

PABLO A. CASTELLANOS
JUDITH T. CASTELLANOS
16809 S. 44TH STREET
PHOENIX, AZ 85048
480-205-4035
Judy.Castellanos@hotmail.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PABLO A. CASTELLANOS AND JUDITH T. CASTELLANOS, Husband and Wife,<br><br>Plaintiff,<br><br>v.<br><br>ENCORE CREDIT CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, AKA "MERS;"<br>BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES ILLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE3; JPMORGAN CHASE BANK, N.A.; SELECT PORTFOLIO, SERVICING, INC.;QUALITY LOAN <u>SERVICE</u> <s>SERVICING</s> CORP; CALIFORNIA <u>RECONVEYANCE</u> <s>RECONEYANCE</s> CO.<br><br>Defendant. | CASE No: CV-17-02428-PHX-SPL<br><br>NOTICE OF FILING OF Proposed<br><br><u>**FIRST AMENDED** COMPLAINT</u><br><br>EXHIBIT A |

By leave of the Court and pursuant to the Court's Order of August 8, 2017, and Rule 15.1 of the Local Rule of Civil Procedure 15(a), the plaintiffs hereby give notice that on this date they have filed their Proposed First Amended Complaint, as required by the Court. Moreover, as further required by the Court, the Proposed First Amended Complaint, with underlined new text and stricken through the text to be deleted accompanies this notice, as Exhibit A.

DATED this 17 of August, 2017.

By: *Pablo Castellanos*

Judith Castellanos and Pablo Castellanos

Pro Se Plaintiffs

Pablo and Judith Castellanos
16809 S. 44th Street
Phoenix,, Arizona 85048
480-205-4035
Judy.Castellanos@hotmail.com