Paul M. Levine, Esq. (007202)
**McCARTHY HOLTHUS & LEVINE, P.C.**
8502 E. Via de Ventura, Suite 200
Scottsdale, Arizona 85258
Telephone: (480) 302-4102
plevine@mhlevine.com
*Attorneys for Defendant Quality Loan Service Corp.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PABLO A. CASTELLANOS and JUDITH T. CASTELLANOS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>ENCORE CREDIT CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AKA MERS; BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I, LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE3; JPMORTGAGE CHASE BANK, N.A.; SELECT POERTFOLIO SERVICING, INC; QUALITY LOAN SERVICE CORP.; CALIFORNIA RECONVEYANCE CO.,<br><br>Defendants. | Case No.: 2:17-cv-02428-SPL<br><br>**DEFENDANT QUALITY LOAN SERVICE CORPORATION'S ANSWER TO FIRST AMENDED COMPLAINT** |

Defendant, Quality Loan Service Corp. ("Quality"), by and through its counsel, for its Answer to Plaintiff's First Amended Complaint ("FAC"), hereby admits, denies and alleges as follows:

1. Quality denies each and every allegation of the FAC not specifically admitted herein.

1

2. With respect to all documents and statutes referred to in the FAC, they speak for themselves.

## PARTIES, JURISDICTION

3. Answering paragraphs 1, 2, 3, 4, 5 and 6, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

4. Answering paragraph 7, Quality admits the allegations contained therein.

5. Answering paragraphs 8, 9 and 10, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

## VENUE

6. Answering paragraph 11, upon information and belief, Quality admits the allegations contained therein.

## ALLEGATIONS

7. Answering paragraph 12, Quality denies the allegations contained therein.

8. Answering paragraphs 13 and 14, Quality admits the allegations contained therein.

9. Answering paragraph 15, Quality alleges the document speaks for itself.

10. Answering paragraphs 16 and 17, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

11. Answering paragraph 18, Quality denies the allegations contained therein.

12. Answering paragraphs 19 and 20, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

### TRANFER [sic] OF THE LOANS INTO THE BEAR STEARNS ASSET BACKED SECURITITES I TRUST 2007-HE3, ASSET BACKED CERTIFICATE SERIES 2007-HE3

13. Answering paragraphs 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35 and 36, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

### SERVICING TRANSFERS OF THE LOANS

14. Answering paragraphs 37 and 38, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

### UNLAWFUL FORECLOSURE ACTIONS

15. Answering paragraphs 39 and 40, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

16. Answering paragraph 41, Quality alleges the document speaks for itself. Answering the remainder of paragraph 41, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

17. Answering paragraphs 42 and 43, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

18. Answering paragraph 44, Quality denies the allegations contained therein.

19. Answering paragraphs 45 and 46, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

20. Answering paragraph 47, Quality denies the allegations contained therein.

21. Answering paragraph 48, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

22. Answering paragraph 49, Quality denies the first sentence. Answering the remainder of paragraph 49, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

23. Answering paragraph 50, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

24. Answering paragraph 51, Quality alleges the statute speaks for itself. Answering the remainder of paragraph 51, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

AZ-17-780242-CV

25. Answering paragraphs 52 and 53, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

26. Answering paragraph 54, Quality alleges the document speaks for itself.

27. Answering paragraph 55, Quality alleges the statute and document speak for themselves.

28. Answering paragraph 56, Quality alleges the documents speak for themselves.

29. Answering paragraph 57, Quality denies the allegations contained therein.

30. Answering paragraphs 58 and 59, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

31. Answering paragraph 60, Quality denies the allegations contained therein.

32. Answering paragraphs 61, 62, 63, 64, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75 and 76, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

33. Answering paragraph 77, Quality denies the allegations contained therein.

34. Answering paragraphs 78, 79, 80, 81, 82, 83, 84 and 85, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

35. Answering paragraph 86, Quality denies the allegations contained therein.

36. Answering paragraphs 87, 88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102 and 103, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

37. Answering paragraph 104, Quality admits the first sentence of said paragraph. Quality denies the remainder of paragraph 104.

38. Answering paragraph 105, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same. Quality denies the last sentence of paragraph 105.

39. Answering paragraphs 106 and 107, Quality denies the allegations contained therein.

40. Answering paragraph 108, Quality admits the first sentence. Quality denies the remainder of paragraph 108.

41. Answering paragraphs 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 120, 121 and 122, Quality denies the allegations contained therein.

42. Answering paragraphs 123, 124, 125 and 126, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

43. Answering paragraph 127, Quality admits the first sentence. Quality denies the remainder of paragraph 127.

44. Answering paragraph 128, Quality admits the first sentence. Quality denies the remainder of paragraph 128.

45. Answering paragraphs 129 and 130, Quality denies the allegations contained therein.

46. Answering paragraph 131, Quality admits the first sentence of said paragraph. Quality denies the second sentence of paragraph 131. Quality admits the remainder of paragraph 131.

AZ-17-780242-CV

47. Answering paragraphs 132, 133, 134, 135, 136, 137, 138, 139, 140, 141, 142, 143, 144 and 145, Quality denies the allegations contained therein.

48. Answering paragraph 146, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

49. Answering paragraph 147, Quality admits the first sentence of said paragraph. Quality denies the remainder of paragraph 147.

50. Answering paragraph 148, Quality admits paragraph 148, except for the last sentence, which Quality denies.

51. Answering paragraphs 149 and 150, Quality denies the allegations contained therein.

52. Answering paragraph 151, Quality admits the first sentence of said paragraph. Quality denies the second sentence of paragraph 151. Quality admits the remainder of paragraph 151.

53. Answering paragraphs 152, 153, 154, 155, 156, 157, 158, 159, 160 and 161, Quality denies the allegations contained therein.

54. Answering paragraphs 162 and 163, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

**PROPER NOTICE OF PENDING FORECLOSURE WAS NOT PROVIDED**

55. Answering paragraph 164, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

56. Answering paragraph 165, Quality admits the allegations contained therein.

57. Answering paragraph 166, Quality denies the allegations contained therein.

58. Answering paragraphs 167, 168 and 169, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

59. Answering paragraphs 170 and 171, Quality denies the allegations contained therein.

60. Answering paragraph 172, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

61. Answering paragraphs 173, 174, 175 and 176, Quality denies the allegations contained therein.

62. Answering paragraphs 177, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

63. Answering paragraphs 178, 179, 180, 181 and 182, Quality denies the allegations contained therein.

64. Answering paragraph 183, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

65. Answering paragraph 184, Quality denies the allegations contained therein.

# COUNT ONE
# DECLARATORY JUDGMENT, LACK OF STANDING TO ENFORCE NOTE AND DEED OF TRUST/VOID ASSIGNMENT OF DEED OF TRUST, SUBSTITUTIO [sic] OF TRUSTEE, AND NOTICES OF TRUSTEE'S SALE
# ALL DEFENDANTS

66. Answering paragraph 185, Quality incorporates by reference paragraphs 1 – 65 above.

67. Answering paragraph 186, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

68. Answering paragraphs 187 and 188, Quality alleges the documents speak for themselves.

69. Answering paragraphs 189 and 190, Quality denies the allegations contained therein.

70. Answering paragraph 191, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

71. Answering paragraph 192, Quality admits the allegations contained therein.

72. Answering paragraphs 193 and 194, Quality denies the allegations contained therein.

73. Answering paragraphs 195 and 196, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

74. Answering paragraph 197, Quality alleges the document speaks for itself.

75. Answering paragraphs 198 and 199, Quality denies the allegations contained therein.

76. Answering paragraphs 200 and 201, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

77. Answering paragraphs 202 and 203, Quality denies the allegations contained therein.

78. Answering paragraph 204, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

79. Answering paragraphs 205 and 206, Quality denies the allegations contained therein.

80. Answering paragraphs 207 and 208, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

81. Answering paragraph 209, Quality denies the allegations contained therein.

82. Answering paragraphs 210, 211, 212, 213 and 214, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

83. Answering paragraphs 215, 216, 217 and 218, Quality denies the allegations contained therein.

84. Answering paragraphs 219, 220 and 221, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

85. Answering paragraphs 222 and 223, Quality denies the allegations contained therein.

86. Answering paragraph 224, Quality alleges the statute speaks for itself.

87. Answering paragraphs 225 and 226, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

**COUNT TWO**
**BREACH OF CONTACT**
**ALL DEFENDANTS**

88. Answering paragraph 227, Quality incorporates by reference paragraphs 1 – 87 above.

89. Answering paragraphs 228, 229, 230, 231, 232 and 233, Quality denies the allegations contained therein.

**COUNT THREE**
**BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING**
**ALL DEFENDANTS**

90. Answering paragraph 234, Quality incorporates by reference paragraphs 1 – 89 above.

91. Answering paragraph 235, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

92. Answering paragraphs 236, 237 and 238, Quality denies the allegations contained therein.

93. Answering paragraphs 239 and 240, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

94. Answering paragraphs 241 and 242, Quality denies the allegations contained therein.

### COUNT FOUR
### CONDITIONS PRECEDENT-TRUTH IN LENDING
### NOTICE OF NEW CREDITOR
### JPMORGAN CHASE BANK N.A. & SELECT PORTFOLIO SERVICING

95. Answering paragraphs 243, 244, 245, 246 and 247, Quality takes no position in response to said paragraphs. No relief is sought against Quality.

### COUNT FIVE
### PROPER NOTICE OF PENDING FORECLOSURE WAS NOT PROVIDED

96. Answering paragraph 248, Quality incorporates by reference paragraphs 1 – 95 above.

97. Answering paragraph 249, Quality denies the allegations contained therein.

98. Answering paragraphs 250 and 251, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

99. Answering paragraph 252, Quality denies the allegations contained therein.

100. Answering paragraph 253, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

101. Answering paragraph 254, Quality denies the allegations contained therein.

102. Answering paragraph 255, Quality admits the allegations contained therein.

103. Answering paragraphs 256, 257 and 258, Quality denies the allegations contained therein.

104. Answering paragraphs 259 and 260, Quality admits the allegations contained therein.

105. Answering paragraphs 261 and 262, Quality denies the allegations contained therein.

106. Answering paragraph 263, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

107. Answering paragraph 264, Quality alleges the statute speaks for itself.

108. Answering paragraph 265, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

109. Answering paragraph 266, Quality denies the allegations contained therein.

## COUNT SIX
## DAMAGES UNDER A.R.S. § 333-420(A)

110. Answering paragraph 267, Quality incorporates by reference paragraphs 1 – 109 above.

111. Answering paragraph 268, upon information and belief, Quality admits the allegations contained therein.

112. Answering paragraph 269, Quality alleges the document speaks for itself.

113. Answering paragraphs 270 and 271, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

114. Answering paragraphs 272 and 273, Quality denies the allegations contained therein.

115. Answering paragraphs 274, 275, 276 and 277, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

116. Answering paragraphs 278, 279, 280, 281 and 282, Quality denies the allegations contained therein.

117. Answering paragraph 283, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

118. Answering paragraphs 284, 285 and 286, Quality denies the allegations contained therein.

119. Answering paragraph 287, Quality is without sufficient information or knowledge with which to form a belief as to the truth of the allegations contained therein and therefore denies same.

120. As and for its affirmative defenses to all claims, Quality alleges failure to state a claim, A.R.S. 33-807(E), estoppel, waiver, laches and breach of contract.  Quality reserves the right to allege any other affirmative defense which may be discovered and which may be relevant to this matter.

**WHEREFORE**, Defendant, Quality Loan Service Corp., prays that Plaintiff's First Amended Complaint be dismissed with prejudice against Quality and that Plaintiff take nothing thereby or against it, for its costs incurred herein, including post judgment costs, for its attorneys' fees, including post judgment attorneys' fees, pursuant to A.R.S. §§ 12-341.01 and 33-807, and for such other and further relief as the court deems just.

**DATED** this 12th day of September, 2017.

**McCARTHY HOLTHUS & LEVINE, P.C.**

By: */s/ Paul M. Levine*
 Paul M. Levine
 8502 E. Via de Ventura, Suite 200
 Scottsdale, Arizona 85258
 *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE:

This is to certify that a true and correct copy of the foregoing instrument has been electronically served on all parties/counsel of record on the 12th day of September, 2017 via CM/ECF filing system.