| | |
|---|---|
| Name | Brian C. Lake |
| Bar # | 020543 |
| Firm | PERKINS COIE LLP |
| Address | 2901 N. Central Avenue |
| | Suite 2000 |
| | Phoenix, AZ  85012-2788 |
| Telephone | 602.351.8000 |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PABLO A. CASTELLANOS, et al.<br><br>    Plaintiff,<br><br>    vs.<br><br>ENCORE CREDIT CORPORATION, et al.<br><br>    Defendant. | **Case No.**  2:17-CV-02428-PHX-SPL<br><br>**Corporate Disclosure Statement** |

This Corporate Disclosure Statement is filed on behalf of Performance Credit, LLC f/k/a Encore Credit Corp. in compliance with the provisions of: *(check one)*

☑ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

☐ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

☐ No such corporation.

☐ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attach additional pages if needed.)*

_____Relationship_____

☐ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____Relationship_____

☑ Other(please explain)
Intus Capital Corporation directly or indirectly owns 10% or more of Performance Credit, LLC
_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated this  21   day of  September , 2017 .

Brian C. Lake, Perkins Coie LLP
_____
Counsel of Record

Certificate of Service:

CM/ECF System for the following CM/ECF registrants:
Daniel Price Crane at dan.crane@bryancave.com
Jacob Alexander Maskovich at jamaskovich@bryancave.com
Attorney for JP Morgan Chase Bank NA

Paul M Levine at paul.levine@azbar.org
Attorney for Quality Loan Servicing California Reconveyance Company

Judith T Castellanos at judy.castellanos@hotmail.com
Por Se

Via US Mail to:
Judith T Castellanos and Pablo A Castellanos
16809 S 44th St.
Phoenix, AZ 85048