IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo A. Castellanos, et al.,<br><br>                    Plaintiffs,<br><br>vs.<br><br>Encore Credit Corporation, et al.,<br><br>                    Defendants. | No.  CV-17-02428-PHX-SPL<br><br>**ORDER** |

Plaintiff filed a Complaint in this matter on July 20, 2017 (Doc. 1). Defendants Mortgage Electronic Registration Systems, Select Portfolio Servicing, Inc., and Bank of America, N.A. filed a Motion to Dismiss on September 21, 2017, however, no answer has been filed. As previously advised in the Court's Preliminary Order, with limited exceptions, the Mandatory Initial Discovery Pilot Project (MIDP) "requires that parties must file answers, counterclaims, crossclaims, and replies within the time set forth in Federal Rule of Civil Procedure 12, irrespective of whether any party has filed or intends to file a motion to dismiss or other preliminary motion." (Doc. 5.) Accordingly,

**IT IS ORDERED** that Defendants Mortgage Electronic Registration Systems, Select Portfolio Servicing, Inc., and Bank of America, N.A. must file an answer no later than **October 2, 2017** or file a motion for appropriate relief that clearly sets forth the

/ / /

/ / /

/ / /

MIDP exception which permits deferral of the deadline for filing a responsive pleading.

Dated this 25th day of September, 2017.

_____
Honorable Steven P. Logan
United States District Judge