Jacob B. Maskovich, (No. 021920)
Daniel P. Crane, (No. 030623)
BRYAN CAVE LLP, #00145700
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone: (602) 364-7000
Fax: (602) 364-70
jamaskovich@bryancave.com
dan.crane@bryancave.com

Attorneys for JPMorgan Chase Bank, N.A.
and California Reconveyance Company

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo A. Castellanos and Judith T. Castellanos, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Encore Credit Corporation; Mortgage Electronic Registration Systems, aka "MERS"; Bank of America, National Association as Successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities ILLC, Asset-Backed Certificates, Series 2007-HE3; JPMorgan Chase Bank, N.A.; Select Portfolio Servicing, Inc.; Quality Loan Service Corp.; California Reconveyance Co.,<br><br>Defendants. | No. CV-17-02428-PHX-SPL<br><br>**JPMORGAN CHASE BANK, N.A. AND CALIFORNIA RECONVEYANCE COMPANY'S JOINDER IN MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 12(g), Defendants JPMorgan Chase Bank, N.A. ("Chase") and California Reconveyance Company ("CRC,") hereby join in Defendants U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on

960491\0561429

behalf of the holders of Bear Stearns Asset-Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3; Mortgage Electronic Registration Systems, Inc. and Select Portfolio Servicing, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint, (Doc. 30).

DATED this 13th day of October, 2017.

BRYAN CAVE LLP

By *s/Daniel P. Crane*
    Jacob A. Maskovich
    Daniel P. Crane
    Two N. Central Avenue, Suite 2100
    Phoenix, AZ 85004-4406
    Attorneys for JPMorgan Chase Bank, N.A. and California Reconveyance Company

2

960491\0561429

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and sent a copy via U.S. mail to:

Pablo A. Castellanos
Judith T. Castellanos
16809 S. 44th Street
Phoenix, AZ 85048

*/s/ Lisa Remus*

BRYAN CAVE LLP
TWO NORTH CENTRAL AVENUE, SUITE 2100
PHOENIX, ARIZONA 85004-4406
(602) 364-7000

3

960491\0561429