IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo A. Castellanos, et al.,<br><br>            Plaintiffs,<br>vs.<br><br>Encore Credit Corporation, et al.,<br><br>            Defendants. | No. CV-17-02428-PHX-SPL<br><br>**ORDER** |

Pursuant to the Court's Order (Doc. 20) setting a Rule 16 Case Management Conference, the parties were required to jointly develop and file a Joint Rule 26(f) Case Management Report and a Joint Proposed Rule 16 Case Management Order no later than October 20, 2017. To date, no joint filings have been filed. Accordingly,

**IT IS ORDERED** that the Case Management Conference currently scheduled for November 1, 2017 is **vacated**.

**IT IS FURTHER ORDERED** that Plaintiff must show cause in writing why this action should not be dismissed for failure to comply with this Court's Order and prosecute this action no later than **October 31, 2017**.

Dated this 24th day of October, 2017.

Honorable Steven P. Logan
United States District Judge