✓ FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 3 1 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

PABLO A. CASTELLANOS
JUDITH T. CASTELLANOS
16809 S. 44TH STREET
PHOENIX, AZ 85048
480-205-4035
Judy.Castellanos@hotmail.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

PABLO A. CASTELLANOS AND JUDITH T. CASTELLANOS, Husband and Wife,

Plaintiff,

v.
Encore Credit Corporation, et al.,

Defendant.

CASE No: CV-17-02428-PHX-SPL

**RESPONSE TO ORDER**

## I. INTRODUCTION

Plaintiffs Pablo A. Castellanos and Judith T. Castellanos ("Plaintiff"), hereby file their response to the Court Order (Document 40). The Courts have long held that Pro Se pleading are to be read liberally and if there is relief available that they have failed to request, the Courts should be lenient and the Pro Se litigant should be afforded that available relief.

Moore v Florida, 703 F.2d 516 (11th Cir. 19863) Reversed and Remanded which held:

> "[26] " a court should be particular careful to ensure proper notice to pro se litigant." Herron v Beck, 693, 693 F.2d at 127. See also Barker v Norman, 651 F.2d 1107, 1129 (5th Cir. 1981) (holding district court abused its discretion…failing to afford a pro se civil right litigants…"
>
> [37] The pleadings of pro se litigants…subject to less stringent rules…"..,however inartfully drafted, must be held to less rigorous standards than… by lawyers.'

Woodall v Foti, 651 F.2d 268, 271 (5th Cir. 1981); see Richardson v Fleming, 651 F. 2d 366, 368 (5th Cir. 1981)."

## II. FACTUAL BACKGROUND

On September 14, 2017, the Court issued to Plaintiffs (the Castellanos) and Defendants (Encore Credit Corporation, et al., an Order Setting Rule 16 Case Management Conference and Document (20-1) Rule 16 Case Management Order.

In the Order Setting Rule 16 Case Management Conference. Under II. Rule 26(f) Meeting it states, "It is the responsibility of **Defendants** to initiate the Rule 26(f) Meetings, and Plaintiffs shall promptly and cooperatively participate in the rule 26(f) Meeting.

At the Rule 26 (f) Meeting, the parties shall jointly develop and file with the Clerk of Court no later than October 20, 2017, each of the following in the form outlined below: (1) a Joint Rule 26 (f) Case Management Report, and (2) a Joint Proposed Rule 16 Case Management Order." "It effectuates the purpose of the Federal Rules to eliminate 'procedural booby traps' which could prevent 'unsophisticated litigants from ever having their day in court.'"Rand, 154F. 3d at 958-59 (quoting Surowitz v Hilton Hotels Corp., 383 U.S. 363, 373, 86 S.Ct. 845, 15 L.Ed.2d 807(1966).

## III. STATEMENT OF FACTS

1. On Monday, October 23, 2017, Ofunne, Edoziem, attorney for Perfins Coie sent an email to Counsel and Plaintiffs stating , "....It appears the joint case management report was due last week Friday. The deadline to meet and confer under Rule 26 has also passed. The case management conference hearing is set for next week, November 1, so I

think the report must be filled this week in advance of the hearing. Please let us know if all parties are willing and available to engage in a telephone conference this week. See United States v Nicholson, 677 F.2d 706, 710-11 (9th Cir. 1982) (one who is aware of a high probability of the existence of a fact, but deliberately ignores the fact, is deemed to have knowledge of the fact). "An elementary and fundamental requirement of due process in any proceeding which is to be accorded notice reasonable calculated, under the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections. Milliken v Meyer, 311 U.S. 457; Grannis v Ordean, 234 U.S. 385; Priest v Las Vegas, 232 U.S. 604; Roller V Holly, 176 U.S. 398, The notice must be of signature as reasonably to convey the information. Grannis v Ordean, supra, and it must afford a reasonable time for those interested to make their appearance, Roller v Holly, supra, and cf. Goodrich v Ferris, 214 U.S. See Exhibit 1

2. On Tuesday, October 24, 2017, the Castellanos replied to the email stating, "Hello, We are available Thursday, October 26th from 12-1."
3. On the same day (October 24th) Paul Lavine representing Quality Loans replied by stating, "Works fOr me (Quality).
4. Daniel Crane Associate Attorney for Byran Cave responding also on the same day stating, "10/26 at 12PST work for the Chase Defendants."
5. Kim R. Lepore Managing Attorney for Wright Finlay & Zak replied on October 24, 2017 by stating, "I'm assuming our conference call is vacated since the CMC is vacated?"
6. Ms. Odoziem replied to the emails sent by Ms. Lepore stating "I would assume so as well. Let me know if any others disagree. Thanks."

7. The Castellanos relied on Defendant to adhere to Document (20) as they are all attorneys, plus the Order itself clearly indicates, "It is the responsibility of Defendants to initiate the Rule 26(f) Meeting and Plaintiffs shall promptly and cooperatively participate in the Rule 26(f) Meeting." "Pleading are intended to serve as means of arriving at fair and just settlements of controversies between litigants. They should not raise barriers which prevent the achievement of that end. Proper pleadings is important, but its importance consists in its effectiveness as means to accomplish the end of a just judgement." Marty v Grasselli Chemical Co., 303 U.S. 197 (1938). "It is not sensible for the court to tell laymen that they must file an 'affidavit without at the same time explaining what an affidavit it; that, in turn impels a rudimentary outline of the rules of evidence," Jacobsen v Filler, 790 F.2d 1362, 1365 (9th Cir. 1986). In Grayden v Rhodes, 345 F.3d 1225 (11th Cir. 0917/2003) the Court held: "The law does not entertain the legal fiction that every individual has achieved a state of legal omniscience;... there is no presumption that all of the citizens actually know all the law of the time. Practically speaking, citizens must educate themselves about the law' See West Covina, 525 U.S. at 214, 119 S. Ct at 682 (noting that an individual "can turn to these public sources to learn about the remedial procedures available to him"); id. At 242, 119 S. Ct. at 682 (nothing that citizen 'could not reasonable be expected to educated himself about the procedures available to protest his interest."); United States v Lock, 471 U.S. 84, 108, 105 S. Ct. 1785, 1799-1800 (1985)" "Pro se pleading are to be considered without regard to technicality; pro se litigants' pleading are not to be held to the same high standard of perfection as lawyers." Jenkins v McKeithen, 395 U.S. 411, 395 U.S. 411, 421 (1959); Picking v Pennsylvania R. Co., 151 Fed 2nd 240; Pucket v Cox, 456 2nd 233

Plaintiffs respectfully request that the Court take notice of the well pleased allegations of the pro se Plaintiffs response to Court Order (40), which this Court must accept as true juncture of the proceedings, and which, in light of the Plaintiff's pro se status, the Court must hold to a less stringent standard than formal drafted by an attorney and construed liberally. A dismissal with prejudice is a harsh sanction which should usually be employed only in extreme situations, when there is a clear record of delay or contumacious conduct, or when other less drastic sanctions have proven unavailing. *Ellingsworth v. Chrysler,* 665 F.2d 180, 185 (7th Cir. 1981); *Boazman v. Economics Laboratory, Inc.,* 537 F.2d 210, 212 (5th Cir. 1976). "The sanction of dismissal is the most severe sanction that a court may apply, and its use must be tempered by a *careful* exercise of judicial discretion." *Durgin v. Graham,* 372 F.2d 130, 131 (5th Cir.), *cert. denied,* 388 U.S. 919, 87 S.Ct. 2139, 18 L.Ed.2d 1365 (1967). See Haines v Kerner, 404 U.S. 519, 520, 92, S.Ct, 594, 596, 30 L.Ed. 2D 652 (1972).

WHERFORE, Plaintiffs request that the Court grant the Castellanos an opportunity, to continue with Oder Setting Rule 16 Case Management Conference and Rule 16 Case Management Order.

DATED this 31 of October, 2017.

By: ______________________________

Judith Castellanos and Pablo Castellanos

Pro Se Plaintiffs
Pablo and Judith Castellanos
16809 S. 44th Street
Phoenix,, Arizona 85048

480-205-4035
Judy.Castellanos@hotmail.com

# EXHIBIT 1

# RE: Castellanos, et al. v. Encore Credit Corp.; US District Court, District of Arizona Case No.: CV-17-2428-PHX-SPL

Kim R. Lepore <klepore@wrightlegal.net>

Tue 10/24/2017 1:30 PM

To:'Crane, Dan' <dan.crane@bryancave.com>; 'Paul Levine' <PLevine@mhlevine.com>; Judy Castellanos <Judy.Castellanos@hotmail.com>; Edoziem, Ofunne (Perkins Coie) <OEdoziem@perkinscoie.com>; Maskovich, Jacob <jamaskovich@bryancave.com>; Jamin S. Neil <jneil@wrightlegal.net>;

Cc:Garcia, Javier F. (Perkins Coie) <JGarcia@perkinscoie.com>; Haar, Kendra L. (Perkins Coie) <KHaar@perkinscoie.com>; Shawna Patridge <SPatridge@mhlevine.com>;

I'm assuming our conference call is vacated since the CMC is vacated?

**Kim R. Lepore, Esq.**
Managing Attorney, Arizona
*Licensed in Arizona and California*

WRIGHTFINLAY&ZAK
ATTORNEYS AT LAW

16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
(602) 845-8898 Direct

California Office
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
(949) 608-9142 Fax
(949) 477-5050 Main

**Wright, Finlay & Zak: Your Western Regional Counsel for California, Nevada, Arizona, Washington, Oregon, Utah and New Mexico**

Certified
WBENC

For escalated communications on matters, please contact the associate's supervising attorney, Robin Wright, at rwright@wrightlegal.net and (949) 477-5059.

PLEASE BE ADVISED THAT THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Confidentiality Note: The information contained in this email is privileged and confidential and is intended only for the use of the individual or entity named. If the reader of this email is not the intended recipient, you are hereby notified that any distribution or copy of this email is strictly prohibited. If you have received this email in error,

please notify the sender by telephone immediately at (949) 477-5050 and arrangements will be made for the return of this material. Thank you.

**From:** Crane, Dan [mailto:dan.crane@bryancave.com]
**Sent:** Tuesday, October 24, 2017 10:42 AM
**To:** 'Paul Levine'; Judy Castellanos; Edoziem, Ofunne (Perkins Coie); Maskovich, Jacob; Kim R. Lepore; Jamin S. Neil
**Cc:** Garcia, Javier F. (Perkins Coie); Haar, Kendra L. (Perkins Coie); Shawna Patridge
**Subject:** RE: Castellanos, et al. v. Encore Credit Corp.; US District Court, District of Arizona Case No.: CV-17-2428-PHX-SPL

We can use the following:

1 (800) 900-5552 with access code 6023647240.

Thanks,

**Daniel P. Crane**
*Associate*
dan.crane@bryancave.com    T: +1 602 364 7240

*PLEASE NOTE NEW ADDRESS: Two North Central Avenue, Suite 2100, Phoenix, AZ 85004-4406*

**From:** Paul Levine [mailto:PLevine@mhlevine.com]
**Sent:** Tuesday, October 24, 2017 10:40 AM
**To:** Crane, Dan; Judy Castellanos; Edoziem, Ofunne (Perkins Coie); Maskovich, Jacob; klepore@wrightlegal.net; jneil@wrightlegal.net
**Cc:** Garcia, Javier F. (Perkins Coie); Haar, Kendra L. (Perkins Coie); Shawna Patridge
**Subject:** RE: Castellanos, et al. v. Encore Credit Corp.; US District Court, District of Arizona Case No.: CV-17-2428-PHX-SPL

Can someone set up a conference line?

thanks

Paul M. Levine, Esq.
McCarthy Holthus & Levine, P.C.
8502 E. Via de Ventura, Suite 200
Scottsdale, Arizona 85258
plevine@mhlevine.com
www.mhlevine.com
Direct: (480) 302-4102

CONFIDENTIALITY NOTICE: The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge.

Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.

**From:** Crane, Dan [mailto:dan.crane@bryancave.com]
**Sent:** Tuesday, October 24, 2017 10:10 AM
**To:** Paul Levine <PLevine@mhlevine.com>; Judy Castellanos <Judy.Castellanos@hotmail.com>; Edoziem, Ofunne (Perkins Coie) <OEdoziem@perkinscoie.com>; Maskovich, Jacob <jamaskovich@bryancave.com>; klepore@wrightlegal.net; jneil@wrightlegal.net
**Cc:** Garcia, Javier F. (Perkins Coie) <JGarcia@perkinscoie.com>; Haar, Kendra L. (Perkins Coie) <KHaar@perkinscoie.com>; Shawna Patridge <SPatridge@mhlevine.com>
**Subject:** RE: Castellanos, et al. v. Encore Credit Corp.; US District Court, District of Arizona Case No.: CV-17-2428-PHX-SPL

10/26 at 12 PST work for the Chase Defendants.

**Daniel P. Crane**
*Associate*
dan.crane@bryancave.com   T: +1 602 364 7240

*PLEASE NOTE NEW ADDRESS: Two North Central Avenue, Suite 2100, Phoenix, AZ 85004-4406*

**From:** Paul Levine [mailto:PLevine@mhlevine.com]
**Sent:** Tuesday, October 24, 2017 9:56 AM
**To:** Judy Castellanos; Edoziem, Ofunne (Perkins Coie); Maskovich, Jacob; Crane, Dan; klepore@wrightlegal.net; jneil@wrightlegal.net
**Cc:** Garcia, Javier F. (Perkins Coie); Haar, Kendra L. (Perkins Coie); Shawna Patridge
**Subject:** RE: Castellanos, et al. v. Encore Credit Corp.; US District Court, District of Arizona Case No.: CV-17-2428-PHX-SPL

Works fOr me (Quality)

Paul M. Levine, Esq.
McCarthy Holthus & Levine, P.C.
8502 E. Via de Ventura, Suite 200
Scottsdale, Arizona 85258
plevine@mhlevine.com
www.mhlevine.com
Direct: (480) 302-4102

CONFIDENTIALITY NOTICE: The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge.

Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose.

**From:** Judy Castellanos [mailto:Judy.Castellanos@hotmail.com]
**Sent:** Tuesday, October 24, 2017 8:40 AM
**To:** Edoziem, Ofunne (Perkins Coie) <OEdoziem@perkinscoie.com>; jamaskovich@bryancave.com;

dan.crane@bryancave.com; klepore@wrightlegal.net; jneil@wrightlegal.net; Paul Levine <PLevine@mhlevine.com>
**Cc:** Garcia, Javier F. (Perkins Coie) <JGarcia@perkinscoie.com>; Haar, Kendra L. (Perkins Coie) <KHaar@perkinscoie.com>
**Subject:** Re: Castellanos, et al. v. Encore Credit Corp.; US District Court, District of Arizona Case No.: CV-17-2428-PHX-SPL

Hello,

We are available Thursday, October 26th from 12-1.

Regards,
Judith & Pablo

---

**From:** Edoziem, Ofunne (Perkins Coie) <OEdoziem@perkinscoie.com>
**Sent:** Monday, October 23, 2017 1:37:23 PM
**To:** Judy Castellanos; jamaskovich@bryancave.com; dan.crane@bryancave.com; klepore@wrightlegal.net; jneil@wrightlegal.net; plevine@mhlevine.com
**Cc:** Garcia, Javier F. (Perkins Coie); Haar, Kendra L. (Perkins Coie)
**Subject:** Castellanos, et al. v. Encore Credit Corp.; US District Court, District of Arizona Case No.: CV-17-2428-PHX-SPL

Dear Counsel and Plaintiffs,

Our firm represents defendant Encore Credit Corp in the above-referenced lawsuit. It appears the joint case management report was due last week Friday. The deadline to meet and confer under Rule 26 has also passed. The case management conference hearing is set for next week, November 1, so I think the report must be filed this week in advance of the hearing. Please let us know if all parties are willing and available to engage in a telephone conference this week.

Thanks

**Ofunne Edoziem | Perkins Coie LLP**
**ASSOCIATE**
1888 Century Park East Suite 1700
Los Angeles, CA 90067-1721
D. +1.310.788.3204
F. +1.310.788.3399
E. OEdoziem@perkinscoie.com
PERKINSCOIE

---

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents. Thank you.

---

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any

attachments.
bcllp2017

RE  1 of 217