IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo A Castellanos, et al., | No. CV-17-02428-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Encore Credit Corporation, et al., | |
| Defendants. | |

Plaintiff Pablo A Castellanos (together with the other plaintiffs, the "Plaintiffs") filed suit against several defendants, including Encore Credit Corporation, alleging several causes of action related to the foreclosure of the real property located at 16405 South 43rd Place, Phoenix, Arizona, 85048 (the "Property"). (Doc. 12)  Certain defendants, Mortgage Electronic Registration Systems, Select Portfolio Servicing Incorporated, U.S. Bank, N.A.1, JPMorgan Chase Bank NA, and California Reconveyance Company moved to dismiss the Plaintiffs' claims against them (Doc. 30), which the Court granted in part on August 9, 2018. (Doc. 63)  The Plaintiffs filed a motion for reconsideration (the "Motion") on August 13, 2018. (Doc. 66)  For the reasons set forth below, the motion is denied.

Reconsideration is disfavored and "appropriate only in rare circumstances." *WildEarth Guardians v. United States Dep't of Justice*, 283 F.Supp.3d 783, 795 n.11 (D. Ariz. June 21, 2017); *see also Bergdale v. Countrywide Bank FSB*, No. CV-12-8057-PCT-SMM, 2014 WL 12643162, at *2 (D. Ariz. May 23, 2014) ("[Reconsideration]

motions should not be used for the purpose of asking a court to rethink what the court had already thought through-rightly or wrongly.") A motion for reconsideration will be granted only where the Court "(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993).

In its Motion, Plaintiffs request the Court to reconsider its prior Order. (Doc. 66 at 9) The Plaintiffs do not direct the Court to any newly discovered evidence or precedent demonstrating an error or intervening change in controlling law.

Accordingly,

**IT IS ORDERED** that Plaintiffs' Motion for Reconsideration (Doc. 66) is **denied**.

Dated this 17th day of August, 2018.

Honorable Steven P. Logan
United States District Judge