IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo A. Castellanos, et al., | No. CV-17-02428-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Encore Credit Corporation, et al., | |
| Defendants. | |

Pursuant to the Court's Order (Doc. 72) setting a Rule 16 Case Management Conference, the parties were required to jointly develop and file a Joint Rule 26(f) Case Management Report and a Joint Proposed Rule 16 Case Management Order no later than November 19, 2018. To date, no joint filings have been filed. Accordingly,

**IT IS ORDERED** that the Case Management Conference currently scheduled for **November 29, 2018 at 3:00 p.m.** is **vacated**.

**IT IS FURTHER ORDERED** that Plaintiff must show cause in writing why this action should not be dismissed for failure to comply with this Court's Order and prosecute this action no later than **November 30, 2018**.

Dated this 27th day of November, 2018.

Honorable Steven P. Logan
United States District Judge