Jamin S. Neil (SBN 026655)
jneil@wrightlegal.net
**WRIGHT, FINLAY & ZAK, LLP**
16427 N. Scottsdale Road, Suite 300
Scottsdale, Arizona 85254
Telephone: (602) 845-8898
Facsimile: (949) 608-9142

Attorneys for *Defendants*
U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3; Mortgage Electronic Registration Systems, Inc.; and Select Portfolio Servicing, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo A. Castellanos and Judith T. Castellanos,<br><br>Plaintiffs,<br><br>vs.<br><br>Encore Credit Corporation; Mortgage Electronic Registration Systems, AKA "MERS"; Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates, Series 2007-HE3; JPMorgan Chase Bank, N.A.; Select Portfolio Servicing, Inc.; Quality Loan Service Corp.; California Reconveyance Co.,<br><br>Defendants. | Case No. 2:17-cv-02428-SPL<br><br>**U.S. BANK, MERS AND SPS' RULE 56(D) MOTION** |

Pursuant to Rule 56(d) of the Federal Rules of Civil Procedure ("FRCP"), *Defendants* U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3 ("U.S. Bank"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and Select Portfolio Servicing, Inc. ("SPS"), by and through counsel

-1-
**U.S. BANK, MERS AND SPS' RULE 56(D) MOTION**

1  undersigned, respectfully request that this Court enter an Order deferring consideration of
2  *Plaintiffs* Pablo A. Castellanos and Judith T. Castellanos' (collectively, "Plaintiffs") Motion
3  for Summary Judgment (Doc. 83) ("Motion"), allow time to take discovery, and/or grant an
4  extension of time for U.S. Bank, MERS and SPS to respond.

5  **A.     Legal Standard.**

6  In the event that a non-moving party is unable to obtain facts necessary to respond to a
7  Motion for Summary Judgment, FRCP Rule 56(d) provides:

> If a nonmovant shows by affidavit or declaration that, for specified reasons, it cannot present facts essential to justify its opposition, the court may:
>
> (1) defer considering the motion or deny it;
>
> (2) allow time to obtain affidavits or declarations or to take discovery; or
>
> (3) issue any other appropriate order.

13  A party who seeks relief under subdivision (d) may seek an order deferring the time to
14  respond to the summary-judgment motion. *See* Committee Notes on Rules—2010
15  Amendment.

16  **B.     No Time for Discovery and Plaintiffs' Lack of Disclosure.**

17  Plaintiffs' sole remaining claim alleges that Defendants violated A.R.S. § 33-420(A)
18  when they recorded the requisite non-judicial foreclosure documents precipitating the
19  Trustee's Sale. Specifically, Plaintiffs argue that Defendants knew these recorded documents
20  were forged, groundless, contained a material misstatement or false claim or were otherwise
21  invalid. To defeat Plaintiffs' allegations and the Motion, Defendants need only demonstrate
22  lack of knowledge or that the recorded documents were otherwise valid. (Declaration of
23  Jamin S. Neil. ("Declaration") ¶ 3). However, doing so requires discovering who knew what,
24  and when, from persons and entities who executed documents from 2011 through 2016.
25  (Declaration ¶ 4).

26  Because, discovery recently commenced on November 8, 2018, following the parties
27  FRCP Rule 26(f) meeting (*see* FRCP Rule 26(d)(1) ("A party may not seek discovery from
28  any source before the parties have conferred as required by Rule 26(f)…")), and Plaintiffs'

filed their Motion on November 30, 2018, U.S. Bank, SPS, and MERS have not had sufficient time to propound discovery on the multiple persons or entities signing, authorizing or recording the allegedly invalid recorded documents. (Declaration ¶ 5). Anticipating the need for this discovery, Defendants suggested a July 26, 2019 discovery deadline in their proposed Rule 16 Case Management Order (Doc. 78). (Declaration ¶ 6). Plaintiffs, however, continue to assert that no discovery should be permitted (Doc. 82, ¶ 6) and, worse yet, have failed to provide their Mandatory Initial Discovery Pilot Responses or otherwise make any disclosures as required by FRCP Rule 26. (Declaration ¶ 7).

Based on the foregoing, U.S. Bank, MERS and SPS respectfully request that this Court enter an Order deferring consideration of Plaintiffs' Motion until the parties have conducted discovery. Specifically, U.S. Bank, MERS and SPS respectfully request that this Court set July 26, 2019 as the discovery deadline, with Dispositive Motions due 30 days thereafter, and any Responses (including to Plaintiffs' Motion) shall be filed consistent with the deadlines set forth in LRCiv. Rule 56.1(d).

**RESPECTFULLY SUBMITTED** this 19th day of December 2018.

**WRIGHT, FINLAY & ZAK, LLP**

/s/ *Jamin S. Neil*
JAMIN S. NEIL
Attorneys for *Defendants* U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3; Mortgage Electronic Registration Systems, Inc.; and Select Portfolio Servicing, Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of December 2018, I electronically transmitted the foregoing document and any attachments to the Office of the Clerk of the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants

Pablo A. Castellanos
Judith T. Castellanos
16809 S. 44th Street
Phoenix, Arizona 85048
judy.castellanos@hotmail.com
Plaintiffs *In Propria Persona*

Brian Court Lake
Perkins Coie LLP
P.O. Box 400
Phoenix, Arizona 85001-0400
BLake@perkinscoie.com
Attorneys for Encore Credit Corporation

Melissa Robbins Coutts
Devan Michael
McCarthy Holthus LLP
8502 E Via de Ventura Dr., Ste 200
Scottsdale, AZ 85258
mcoutts@mccarthyholthus.com
dmichael@mccarthyholthus.com
Attorneys for Quality Loan Service

/s/ *Steve Bennett*
STEVE BENNETT

**U.S. BANK, MERS AND SPS' RULE 56(D) MOTION**