1 | Jamin S. Neil (SBN 026655)
jneil@wrightlegal.net
2 | **WRIGHT, FINLAY & ZAK, LLP**
16427 N. Scottsdale Road, Suite 300
3 | Scottsdale, Arizona 85254
Telephone: (602) 845-8898
4 | Facsimile: (949) 608-9142

5 | Attorneys for *Defendants*
U.S. Bank, N.A., successor trustee to LaSalle
6 | Bank National Association, on behalf of the
holders of Bear Stearns Asset Backed
7 | Securities I Trust 2007-HE3, Asset-Backed
Certificates Series 2007-HE3; Mortgage
8 | Electronic Registration Systems, Inc.; and
Select Portfolio Servicing, Inc.

9

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo A. Castellanos and Judith T. Castellanos, | Case No. 2:17-cv-02428-SPL |
| Plaintiffs, | **DECLARATION OF JAMIN S. NEIL IN SUPPORT OF U.S. BANK, MERS AND SPS' RULE 56(D) MOTION** |
| vs. | |
| Encore Credit Corporation; Mortgage Electronic Registration Systems, AKA "MERS"; Bank of America, National Association as Successor by Merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates, Series 2007-HE3; JPMorgan Chase Bank, N.A.; Select Portfolio Servicing, Inc.; Quality Loan Service Corp.; California Reconveyance Co., | |
| Defendants. | |

STATE OF ARIZONA      )
                                        )   ss.
COUNTY OF MARICOPA   )

I, Jamin S. Neil, being first duly sworn upon oath, depose and say:

1.      I am over the age of 18, and if called as a witness, I could and would competently testify to the facts stated in this declaration.

-1-
**DECLARATION**

2.      I am the attorney of record for *Defendants* U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3 ("U.S. Bank"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and Select Portfolio Servicing, Inc. ("SPS"), and give this declaration in support of U.S. Bank, MERS and SPS' Rule 56(d) Motion.

3.      To defeat Plaintiffs' A.R.S. § 33-420(A) claim as asserted in their Motion for Summary Judgment, U.S. Bank, MERS and SPS need only demonstrate lack of knowledge that the subject recorded documents were forged, groundless, contained a material misstatement or false claim or were otherwise invalid, or that these same documents were otherwise valid.

4.      To assert this defense, U.S. Bank, MERS and SPS must discover who knew what, and when, from the persons and entities who executed the subject recorded documents from 2011 through 2016.

5.      Due to the recent commencement of discovery on November 8, 2018 (following the parties FRCP Rule 26(f) meeting), U.S. Bank, SPS, and MERS have not had sufficient time to propound discovery on the multiple persons or entities signing, authorizing or recording the allegedly invalid recorded documents.

6.      Defendants suggested a July 26, 2019 discovery deadline in their proposed Rule 16 Case Management Order to accommodate their discovery needs.

7.      Plaintiffs assert that no discovery should be permitted and failed to provide their Mandatory Initial Discovery Pilot Responses or otherwise make any disclosures.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of December 2018.

/s/ *Jamin S. Neil*
JAMIN S. NEIL

**DECLARATION**

1

## CERTIFICATE OF SERVICE

2  I hereby certify that on the 19th day of December 2018, I electronically transmitted the foregoing document and any attachments to the Office of the Clerk of the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants

3

4

5
Pablo A. Castellanos
Judith T. Castellanos
16809 S. 44th Street
6
Phoenix, Arizona 85048
judy.castellanos@hotmail.com
7
Plaintiffs *In Propria Persona*

8
Brian Court Lake
Perkins Coie LLP
9
P.O. Box 400
Phoenix, Arizona 85001-0400
10
BLake@perkinscoie.com
Attorneys for Encore Credit Corporation
11

12
Melissa Robbins Coutts
Devan Michael
McCarthy Holthus LLP
13
8502 E Via de Ventura Dr., Ste 200
Scottsdale, AZ 85258
14
mcoutts@mccarthyholthus.com
dmichael@mccarthyholthus.com
15
Attorneys for Quality Loan Service

16

17

/s/ *Steve Bennett*
18
STEVE BENNETT

19

20

21

22

23

24

25

26

27

28

**DECLARATION**