Jacob B. Maskovich, (No. 021920)
Daniel P. Crane, (No. 030623)
BRYAN CAVE LEIGHTON PAISNER LLP, #00145700
Two North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4406
Telephone:  (602) 364-7000
Fax:  (602) 364-7070
jamaskovich@bclplaw.com
dan.crane@bclplaw.com

Attorneys for JPMorgan Chase Bank, N.A.
and California Reconveyance Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo A. Castellanos and Judith T. Castellanos, husband and wife,<br><br>    Plaintiffs,<br><br>  v.<br><br>Encore Credit Corporation; Mortgage Electronic Registration Systems, aka "MERS"; Bank of America, National Association as Successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities ILLC, Asset-Backed Certificates, Series 2007-HE3; JPMorgan Chase Bank, N.A.; Select Portfolio Servicing, Inc.; Quality Loan Service Corp.; California Reconveyance Co.,<br><br>    Defendants. | No. CV-17-02428-PHX-SPL<br><br>**CALIFORNIA RECONVEYANCE COMPANY'S RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

976449\0561429

Plaintiffs' Motion for Summary Judgment, (Doc. 75), purports to seek judgment against, among others, California Reconveyance Company ("CRC"). Plaintiffs' Motion is improper and should be denied for a host of reasons (e.g., failure to comply with the Federal Rules of Civil Procedure). Particularly as to CRC, though, Plaintiffs' cannot obtain summary judgment because this Court dismissed Plaintiffs' claims against CRC, with prejudice, on August 9, 2018. [Doc. 64, p. 5 (Order granting defendants JPMorgan Chase Bank, N.A. and CRC's Motion to Dismiss)]

CRC respectfully requests this Court deny Plaintiffs' Motion for Summary Judgment as to CRC because no claims are pending against CRC at this point in the litigation.

DATED this 21st day of December, 2018.

                                            BRYAN CAVE LEIGHTON PAISNER LLP

                                            By /s/*Daniel P. Crane*
                                                Jacob A. Maskovich
                                                Daniel P. Crane
                                                Two N. Central Avenue, Suite 2100
                                                Phoenix, AZ 85004-4406
                                                Attorneys for JPMorgan Chase Bank, N.A. and California Reconveyance Company

976449\0561429

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21st, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and sent a copy via U.S. mail to:

Pablo A. Castellanos
Judith T. Castellanos
16809 S. 44th Street
Phoenix, AZ 85048

/s/*Cristina Daniels*

3

976449\0561429