Melissa Robbins Coutts, Esq. (SBN 028955)
Devan E. Michael, Esq. (SBN 032803)
**McCARTHY & HOLTHUS, LLP**
8502 E. Via de Ventura, Suite #200
Scottsdale, Arizona 85258
Telephone:   (480) 302-4100
Facsimile:   (480) 302-4101
Email:   mcoutts@mccarthyholthus.com
            dmichael@mccarthyholthus.com
*Attorneys for Defendant Quality Loan Service Corp.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PABLO A. CASTELLANOS and JUDITH T. CASTELLANOS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>ENCORE CREDIT CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AKA MERS; BANK OF AMERICA, NATIONAL ASSOCIATION, AS SUCCESSOR BY MERGER TO LASALE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATEHOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I, LLC, ASSET-BACKED CERTIFICATES, SERIES 2007-HE3;  JPMORTGAGE CHASE BANK, N.A.; SELECT POERTFOLIO SERVICING, INC; QUALITY LOAN SERVICE CORP.; CALIFORNIA RECONVEYANCE CO.,<br><br>Defendants. | Case No.:   2:17-cv-02428-SPL<br><br>**DEFENDANT QUALITY LOAN SERVICE CORPORATION'S RESPONSE TO PLAINTIFF'S PROPOSED FIRST AMENDED MOTION FOR SUMMARY JUDGMENT AND JOINDER OF U.S. BANK, MERS AND SPS' RULE 56(D) MOTION** |

Defendant, Quality Loan Service Corporation ("Quality"), respectfully requests the Court deny Plaintiff's' Proposed First Amended Motion for Summary Judgment ("Motion").  The Motion fails to set forth new claims upon which relief can be granted against Quality.  Plaintiffs' Motion purports to seek judgment against Quality, however, Plaintiffs cannot obtain summary judgment because this Court already dismissed Plaintiffs' Counts 1, 2, 3, and 5 against Quality, with

1

prejudice, on August 10, 2018. [Doc. 65, p. 3 (Order)]  The Court appropriately found that the Plaintiffs did not set forth facts sufficient to allege a cognizable legal cause of action. [Doc. 65, p. 4 (Order)]  Accordingly, the Court dismissed Counts 1, 2, 3, and 5 against Quality.

The only Count remaining against Quality is Count 6, pertaining to damages pursuant to A.R.S. § 33-420.  Plaintiffs fail to set forth additional arguments in support of Count 6 against Quality in its Motion.  None of the "facts" or evidence put forward in Plaintiffs' Motion prove the elements of the allegations in Count 6 against Quality.  Accordingly, Quality joins in U.S. Bank, MERS, and SPS' Rule 56(D) Motion and respectfully requests this Court enter an Order deferring consideration of Plaintiffs' Motion to allow time to take discovery.

Plaintiffs' Motion fails to allege any new arguments in support of its claims for the only remaining Count against Quality, namely Count 6 for damages pursuant to A.R.S. § 33-420.  Therefore, Quality requests the opportunity to conduct discovery as it relates to Plaintiffs' allegations that Quality recorded false, groundless, fraudulent and invalid documents in violation of the statute. (Doc. 12-1 at 35-38)  In order to defeat these claims, Quality need only demonstrate lack of knowledge or that the recorded documents were otherwise valid. [Doc. 84, p. 2 (Rule 56 Motion)]  Doing so, however, requires discovering who knew what and when, from persons and entities who executed documents from 2011 through 2016. (Id.)

///

///

///

///

///

///

Based on the foregoing, Quality respectfully requests the Court deny Plaintiffs' Motion. Alternatively, Quality requests the Court enter an Order deferring consideration of Plaintiffs' Motion until the parties have conducted discovery. Quality is in agreement with U.S. Bank, MERS and SPS' proposed discovery deadline of July 26, 2019, with Dispositive Motions due 30 days thereafter.

**RESPECTFULLY SUBMITTED** this 8th day of January, 2018.

**McCARTHY & HOLTHUS LLP**

By: __/s/Devan E. Michael_____
Devan E. Michael, Esq.
McCarthy & Holthus, LLP
*Attorneys for Defendant Quality Loan Service Corp.*

CERTIFICATE OF SERVICE:

This is to certify that a true and correct copy of the foregoing instrument has been electronically served on all parties/counsel of record on the 8th day of January, 2019 via CM/ECF filing system.