Melissa Robbins Coutts, Esq. (SBN 028955)
Devan E. Michael, Esq. (SBN 032803)
**McCARTHY & HOLTHUS, LLP**
8502 E. Via de Ventura, Suite #200
Scottsdale, Arizona 85258
Telephone:   (480) 302-4100
Facsimile:   (480) 302-4101
Email:       mcoutts@mccarthyholthus.com
             dmichael@mccarthyholthus.com
*Attorneys for Defendant Quality Loan Service Corp.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo A. Castellanos and Judith T. Castellanos, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>Encore Credit Corporation; Mortgage Electronic Registration Systems, Inc., AKA "MERS"; Bank Of America, National Association, as Successor by Merger to LaSale Bank National Association, as Trustee For Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-HE3;  JPMorgan Chase Bank, N.A.; Select Portfolio Servicing, Inc.; Quality Loan Service Corp.; California Reconveyance Co., <br><br>　　　　　Defendants. | Case No.:   2:17-cv-02428-SPL <br><br>**NOTICE OF SERVICE OF QUALITY LOAN SERVICE CORPORATION'S MANDATORY INITIAL DISCOVERY PILOT RESPONSES** |

**TO ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that Defendant Quality Loan Service Corporation has served its Mandatory Initial Discovery Pilot responses pursuant to the Court's Order.

**DATED** this 31st day of January, 2018.

　　　　　　　　　　　　　　　　**McCARTHY & HOLTHUS LLP**
　　　　　　　　　　　　　　　　　By: __/s/Devan E. Michael_____
　　　　　　　　　　　　　　　　　Devan E. Michael, Esq.
　　　　　　　　　　　　　　　　　McCarthy & Holthus, LLP
　　　　　　　　　　　　　　　　　*Attorneys for Defendant Quality Loan Service Corp.*

1

AZ-17-780242-CV

CERTIFICATE OF SERVICE:

  I hereby certify that on the 31st day of January, 2019, I electronically transmitted the foregoing document and any attachments to the Office of the Clerk of the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*/s/ Courtney Watkins*
By: Courtney Watkins