Joel F. Newell  (SBN 025296)
jnewell@wrightlegal.net
**WRIGHT, FINLAY & ZAK, LLP**
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 845-8898
Facsimile: (949) 608-9142

Attorneys for *Defendants*
U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3; Mortgage Electronic Registration Systems, Inc.; and Select Portfolio Servicing, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Pablo A. Castellanos and Judith T. Castellanos,<br><br>           Plaintiffs,<br><br>     vs.<br><br>Encore Credit Corporation; Mortgage Electronic Registration Systems, AKA "MERS"; Bank of America, National Association as Successor by Merger to LaSsale Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset-Backed Securities I LLC, Asset-Backed Certificates, Series 2007-HE3; JPMorgan Chase Bank, N.A.; Select Portfolio Servicing, Inc.; Quality Loan Service Corp.; California Reconveyance Co.,<br><br>           Defendants. | Case No. 2:17-cv-02428-SPL<br><br>**NOTICE OF CHANGE OF ADDRESS OF ATTORNEY FOR DEFENDANTS U.S. BANK, N.A., SUCCESSOR TRUSTEE TO LASALLE BANK NATIONAL ASSOCIATION, ON BEHALF OF THE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I TRUST 2007-HE3, ASSET-BACKED CERTIFICATES SERIES 2007-HE3; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AND SELECT PORTFOLIO SERVICING, INC.** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD, IF ANY:**

**NOTICE IS HEREBY GIVEN** that, effective May 10, 2019, the new address for attorney of record for Defendants U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I

Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3; Mortgage Electronic Registration Systems, Inc.; and Select Portfolio Servicing, Inc., Joel F. Newell, will be as follows:

>WRIGHT, FINLAY & ZAK, LLP
>2800 North Central Avenue, Suite 1200
>Phoenix, Arizona 85004.
>
>Phone numbers and email address will remain the same.
>
>**DATED** this 10th day of May, 2019.

**WRIGHT, FINLAY & ZAK, LLP**

*s/ Joel F. Newell*
JOEL F. NEWELL
Attorneys for *Defendants* U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series 2007-HE3; Mortgage Electronic Registration Systems, Inc.; and Select Portfolio Servicing, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of May, 2019, I electronically transmitted the foregoing document and any attachments to the Office of the Clerk of the United States District Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants

Pablo A. Castellanos
Judith T. Castellanos
16809 S. 44th Street
Phoenix, Arizona 85048
judy.castellanos@hotmail.com
Plaintiffs *In Propria Persona*

Brian Court Lake
Perkins Coie LLP
P.O. Box 400
Phoenix, AZ 85001-0400
BLake@perkinscoie.com
Attorneys for Encore Credit Corporation

Paul M Levine
McCarthy Holthus LLP
8502 E Via de Ventura Dr., Ste 200
Scottsdale, AZ 85258
paul.levine@azbar.org
Attorneys for Quality Loan Servicing

*/s/ Gretchen Grant*
GRETCHEN GRANT

**NOTICE OF CHANGE OF ADDRESS OF ATTORNEY**