Brian C. Lake, Bar No. 020543
Kendra Haar, Bar No. 030959
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
BLake@perkinscoie.com
KHaar@perkinscoie.com

*Attorneys for Defendant Performance Credit, LLC f/k/a Encore Credit Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| PABLO A. CASTELLANOS AND JUDITH T. CASTELLANOS, Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>ENCORE CREDIT CORPORATION, *et al.*,<br><br>Defendants. | No. 2:17-CV-02428-PHX-SPL<br><br>**NOTICE OF NON-OPPOSITION TO DEFENDANT ENCORE'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Defendant PERFORMANCE CREDIT, LLC f/k/a ENCORE CREDIT CORP. ("Defendant") by and through undersigned counsel, hereby notifies the Court and counsel that Plaintiffs, Pablo Castellanos and Judith Castellanos have filed no opposition to the relief requested in Defendant's Motion for Judgment on the Pleadings (Doc. 79) (the "Motion"). On November 28, 2019, Defendant filed the Motion, which requested that the Court dismiss, with prejudice, all claims against Defendant under Federal Rule of Civil Procedure ("Rule") 12(c).

Pursuant to the Local Rules, the Plaintiffs' Response opposing the Motion was due fourteen (14) days after service. L.R. 7.2(c). To date—more than six months after the initial Motion was filed by Defendants—the Plaintiffs have not filed a response to the

Motion. Under Local Rule 7.2(i), "if the unrepresented party . . . does not serve and file the required answering memoranda, . . . such noncompliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily."

Plaintiffs have not filed a response to the Motion, and the time to file a response has long passed; therefore, this Court may deem the Plaintiffs' consent to the Motion, grant the Motion, and dispose of the Motion summarily.

WHEREFORE, Defendant prays as follows:

1. That Plaintiffs take nothing from Defendant by the FAC;

2. That all of Plaintiffs' claims against Defendant be dismissed with prejudice;

3. That Defendant be awarded costs of suit incurred herein, including reasonable attorneys' fees if allowed by contract or statute; and

4. For any such other and further relief as the Court deems just and proper.

DATED: June 4, 2019

**PERKINS COIE LLP**

By: *s/ Kendra L. Haar*
    Brian C. Lake
    Kendra L. Haar
    Suite 2000
    2901 North Central Avenue
    Phoenix, Arizona 85012-2788

Attorneys for Defendant PERFORMANCE CREDIT, LLC F/K/A ENCORE CREDIT CORP.

# CERTIFICATE OF SERVICE

☒ I hereby certify that on June 4, 2019, I electronically transmitted the attached documents to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Daniel Price Crane
Jacob Alexander Maskovich
Bryan Cave LLP
Dan.crane@bclplaw.com
jamaskovich@bclplaw.com
Attorney for JP Morgan Chase Bank NA

Paul M Levine
McCarthy Holthus LLP
paul.levine@azbar.org
Attorney for Quality Loan Servicing
California Reconveyance Company

Joel F. Newell
Wright, Finlay & Zak, LLP
2800 N. Central Ave., Ste. 1200
Phoenix, AZ 85004
jnewell@wrightlegal.net
Attorneys for U.S. Bank

Judith T Castellanos
judy.castellanos@hotmail.com

Plaintiffs *Pro Se*

☒ I hereby certify that on June 4, 2019, I served the attached document by first class mail on Judge Steven P. Logan, United States District Court of Arizona, 401 West Washington Street, Phoenix, Arizona 85003-2118.

☒ I hereby certify that on June 4, 2019, I served the attached document by first class mail on the following:

>Judith T Castellanos
>Pablo A Castellanos
>16809 S 44th St.
>Phoenix, AZ 85048
>
>Plaintiffs *Pro Se*

s/ Susan Carnall

144573112.1