**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo A Castellanos, et al., | No. CV-17-02428-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Encore Credit Corporation, et al., | |
| Defendants. | |

On November 28, 2018, Defendant Encore Credit Corporation ("Encore") filed its Motion for Judgement on the Pleadings (Doc. 79) (the "Motion"). In the Motion, Encore seeks judgment in its favor on all claims contained in the complaint (Doc. 12). On June 4, 2019, Encore filed a Notice of Non-Opposition (Doc. 103) stating that Plaintiffs Pablo Castellanos and Judith Castellanos failed to respond to the Motion within 14 days of service as required by Rules of Practice of the U.S. District Court for the District of Arizona 7.2(c). (Doc. 103) On June 14, 2019, the Court issued an Order warning the Plaintiffs of the Motion and requiring the Plaintiffs to respond to the Motion by June 28, 2019. (Doc. 105) The Plaintiffs did not file a response by the Court's deadline. Accordingly, pursuant to LRCiv 7.2(i),

///

///

///

**IT IS ORDERED** that Defendant Encore Credit Corporation's Motion for Judgment on the Pleadings (Doc. 79) is **granted.** The Clerk of Court shall enter judgment in favor of Defendant Encore Credit Corporation on all of Plaintiffs' claims, and Defendant Encore Credit Corporation shall be dismissed from this action with prejudice.

Dated this 1st day of July, 2019.

Honorable Steven P. Logan
United States District Judge