Melissa Robbins Coutts, Esq. (SBN 028955)
Devan E. Michael, Esq. (SBN 032803)
**McCARTHY & HOLTHUS, LLP**
8502 E. Via de Ventura, Suite 200
Scottsdale, Arizona 85258
Telephone:   (480) 302-4100
Facsimile:    (480) 302-4101
Email:     mcoutts@mccarthyholthus.com
              dmichael@mccarthyholthus.com

*Attorneys for Defendant Quality Loan Service Corp.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Pablo A. Castellanos and Judith T. Castellanos, husband and wife,<br><br>　　　　　　Plaintiffs,<br>v.<br>Encore Credit Corporation, et al.<br>　　　　　　Defendants. | Case No.   CV-17-02428-PHX-SPL<br><br>**DEFENDANT QUALITY LOAN SERVICE CORPORATION'S SEPARATE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendant Quality Loan Service Corporation ("Quality") respectfully submits this Separate Statement of Facts in Support of its Motion for Summary Judgment.

1.　　In 2007, Plaintiffs executed a Promissory Note and a Deed of Trust to the real property located at 16405 S. 43rd Place, Phoenix, Arizona (the "Property"), to secure repayment of the Note.  The Deed of Trust named Mortgage Electronic Registration Systems, Inc. ("MERS") as beneficiary of the Deed of Trust.  (*See* First Am. Compl. ¶ 12-14, 16; SPS Req. for Judicial Notice [dkt. no. 117] Ex. 1.)

2.　　MERS assigned the beneficial interest in the Deed of Trust to U.S. Bank, N.A., successor trustee to LaSalle Bank National Association, on behalf of the holders of

1  Bear Stearns Asset Backed Securities I Trust 2007-HE3, Asset-Backed Certificates Series
2  2007-HE3 ("U.S. Bank"). (*See* SPS Req. for Judicial Notice [dkt. no. 117] Ex. 2.)

3      3.    On or about October 30, 2015, Quality Loan Service Corporation was
4  appointed as substitute trustee under the Deed of Trust. (*See* First Am. Compl. ¶ 147; SPS
5  Req. for Judicial Notice [dkt. no. 117] Ex. 3.)

6      4.    Following plaintiffs default on the Loan, on January 15, 2016, Quality
7  recorded a Notice of Trustee's Sale. (*See* First Am. Compl. ¶ 151; SPS Req. for Judicial
8  Notice [dkt. no. 117] Ex. 4.)

9      5.    Quality completed a trustee's sale of the Property on July 20, 2016, after
10  which Quality recorded a Trustee's Deed Upon Sale transferring title to the Property to
11  U.S. Bank. (*See* SPS Req. for Judicial Notice [dkt. no. 117] Ex. 5.)

12      6.    Plaintiffs do not contend that the signatures on any documents recorded by
13  Quality Loan Service are forged. (Coutts Decl. Ex. E, page 130:15-132:4.)

14      7.    Plaintiffs have no evidence that Quality had knowledge or reason to believe
15  that U.S. Bank was not the beneficiary of the Deed of Trust. (Coutts Decl. Ex. D, page
16  121:14-124:8.)

**RESPECTFULLY SUBMITTED** this 27th day of September, 2019.

                **McCARTHY & HOLTHUS LLP**

                By: */s/ Melissa Robbins Coutts*
                    Melissa Robbins Coutts, Esq.
                    *Attorneys for Defendant Quality Loan Service Corp.*

AZ-17-780242-CV

## CERTIFICATE OF SERVICE

I hereby certify that on the September 27, 2019, I electronically transmitted the foregoing document and any attachments to the U.S. District Court Clerk's Office using the CM/ECF System for filing and service on all CM/ECF registrants.

I further certify that on September 27, 2019, I served the attached documents by U.S. First Class mail on the following:

>Judith T. Castellanos
>Pablo A. Castellanos
>16809 S. 44th St.
>Phoenix, AZ 85048

*/s/ Honi A. Baken*
Honi A. Baken

AZ-17-780242-CV